# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CITIZENS BANK N.A., | : | |
| | : | Hon. Joseph H. Rodriguez |
| Plaintiff, | : | |
| | : | Civil No. 19-12494 |
| v. | : | |
| | : | |
| FINE ENTERPRISES INC., STAR | : | |
| TRANSPORT LLC, and DHARMINDER | : | ORDER |
| SETHI, | : | |
| | : | |
| Defendants. | : | |

This matter having come before the Court on Motion of Plaintiff Citizens Bank N.A. for default judgment [Dkt. No. 7] against Defendants Fine Enterprises Inc., Star Transport LLC, and Dharminder Sethi; and the Clerk having entered default on July 30, 2019; and the Court having reviewed Plaintiff's written submissions, including the Affidavit of Edward Marchese in Support of Request for Entry of Default Judgment and the Certification of Non-Military Service, attached as Exhibit A; and the Court, accepting the allegations in the Complaint as true, finding that:

1. Default is permissible because "the unchallenged facts constitute a legitimate cause of action" DirecTV, Inc. v. Asher, No. 03-1969, 2006 WL 680533, at *1 (D.N.J. Mar. 14, 2006) (citing Charles A. Wright, 10A Federal Practice and Procedure § 2688, at 58-59, 63 (3d ed. 1998)); and

2. The Plaintiff will suffer prejudice if the motion is denied, the Defendants, who have not answered, do not appear to have a meritorious defense, and there does not appear to be a legitimate reason for Defendants' delay in responding to this action, Nautilus Ins. Co. v. Triple C Constr. Co., No. 10-2164, 2011 WL

42889, at *5 (D.N.J. Jan. 6, 2011); and

3. The Defendants are properly in default, having been served with the Summonses and the Complaint on July 8, 2019, Affidavits of Service [Dkt. Nos. 3-5], and having not answered or otherwise responded; and

4. Plaintiff has set forth, through the Affidavit of Edward Marchese, justification of damages for a sum certain and entitlement to post-judgment interest pursuant to 28 U.S.C. § 1961; and

5. Plaintiff is entitled to a Judgment of $2,202,036.86 plus post-judgment interest as follows:

    a. $1,805,529.54 in outstanding principal;

    b. $250,012.26 in accumulated and owed interest;

    c. $115,048.35 in late charges;

    d. $31,446.71 in attorneys fees and costs;


Therefore, IT IS on this 23rd Day of September, 2019, hereby

ORDERED that Plaintiff's Motion for Default Judgment [Dkt. No. 7] is granted.


s/ Joseph H. Rodriguez
Hon. Joseph H. Rodriguez,
UNITED STATES DISTRICT JUDGE